```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION

JOSHUA S. BORK,

          Plaintiff,
v.                              Case No. 8:15-cv-182-T-33EAJ

DEPARTMENT OF VETERANS AFFAIRS,
ET AL.,

          Defendants.
_____/
```

**ORDER**

This matter is before the Court on consideration of the report and recommendation of Elizabeth A. Jenkins, United States Magistrate Judge (Doc. # 6), filed on February 23, 2015, recommending that Plaintiff's construed motion to proceed *in forma pauperis* (Doc. # 2), be denied without prejudice, recommending that Plaintiff be given an opportunity to file an amended complaint, and recommending that Plaintiff's motion for the appointment of counsel (Doc. # 4) be denied.

No objections have been filed, and the time for the submission of objections, as extended by this Court, has expired.  The Court notes that while Bork did not file an objection to the report and recommendation, he did file an Amended Complaint on March 20, 2015. Accordingly, that portion of the report and recommendation in which the Magistrate Judge

recommends that Bork be permitted to file an Amended Complaint has been rendered moot.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. # 6) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff's construed motion for leave to proceed *in forma pauperis* (Doc. # 2) is **DENIED WITHOUT PREJUDICE.** Plaintiff is directed to either pay the filing fee of $400.00 or file a renewed motion for leave to proceed *in forma pauperis* on or before **May 8, 2015.**

(3) Plaintiff's Motion for the Appointment of Counsel (Doc. # 4) is **DENIED.**

(4) That portion of the report and recommendation in which the Magistrate Judge recommends that Plaintiff be afforded the opportunity to file an amended complaint is rendered moot by the filing of Plaintiff's Amended Complaint on March 20, 2015. (Doc. # 11).

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 30th day of March, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record